# United States District Court
## Violation Notice

CVB Location Code: **EV88**

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 7950939 | Yielding | Y1843 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged (CFR / USC / State Code) |
|---|---|
| 10/11/2019 10:49 PM | 32 CFR 234.17 / VA 46.2-300 |

**Place of Offense:** Boundary Channel Drive

**Offense Description: Factual Basis for Charge:** Driving with No Valid Operator's License

HAZMAT ☐

### DEFENDANT INFORMATION

Last Name: **Hill III**
First Name: **William**
MI: **W**

Street Address: [REDACTED]

| Tag No. | State | Year | Make/Model | Color |
|---|---|---|---|---|
| 4CE9081 | MD | 2008 | Range Rover Land Rover | Silver |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

Forfeiture Amount: $ 115.00
+ $30 Processing Fee
**PAY THIS AMOUNT →** $ 145.00 Total Collateral Due

### YOUR COURT DATE

Court Address: United States District Court, 401 Courthouse Square, Alexandria, VA 22314, 703-299-2100

Date: 12/05/2019
Time: 9:00 AM

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: *Wm Hill*

(Rev. 09/2015) Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **October 11, 2019** while exercising my duties as a law enforcement officer in the **Eastern** District of **Virginia**

At approximately 2249 hours I observed a silver Land Rover Range Rover with Maryland license plates "4CE9081" traveling North on Boundary Channel Drive. A visual estimate of the vehicle appeared to be higher than the posted speed limit. The driver was operating the vehicle at a speed of 41 MPH in a 25 MPH speed zone. The speed was registered using laser, model Stalker XLR, serial # LF5533, which was successfully tested at known distances of 50 and 100 feet. The vehicle speed was 41 MPH/25 MPH at 274 feet going away from where I was posted on Boundary Channel Drive and was 16 MPH over the posted speed limit. An NCIC check through dispatch revealed the Maryland license plates had a pick-up order out of Maryland. A further NCIC check revealed the driver does not possess a valid driver's license and was not valid to drive in Virginia. All the above events did occur on the Pentagon Reservation.

The foregoing statement is based upon:
☒ my personal observation    ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **10/11/2019**    Officer's Signature: [signed]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident